STATE v. McKOY

No. 70 PC.

Case below: 16 N.C. App. 349.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 January 1973.

STATE v. SPRINGS

No. 124 PC.

Case below: 16 N.C. App. 641.

Petition for writ of certiorari to North Carolina Court of Appeals denied 18 January 1973.

STATE v. WRIGHT

No. 114 PC.

Case below: 16 N.C. App. 562.

Petition for writ of certiorari to North Carolina Court of Appeals denied 18 January 1973.

TURNER v. WEBER

No. 121 PC.

Case below: 16 N.C. App. 574.

Petition for writ of certiorari to North Carolina Court of Appeals denied 18 January 1973.